JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL POLANCO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. BAUGHMAN, Warden,<br><br>　　　　　Respondent. | Case No. 2:18-cv-02219-RGK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: August 22, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE